ARTHUR I. QUINN, an Infant, etc., Respondent, v. GUSTAVE SCHIRMER, INC., Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

ANTON MELNIK, Respondent, v. L. A. THOMPSON SCENIC RAILWAY COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 176 WEST EIGHTY-SEVENTH STREET CORPORATION, Appellant, v. JACOB A. CANTOR and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Page and Merrell, JJ.

HUGH MCLAUGHLIN, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

HELENE E. GROSS, Doing Business under the Firm Name and Style of GROSS TRADING COMPANY, Appellant, v. FOREIGN PRODUCTS COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

HENRY W. BUSE, Respondent, v. ESTATE OF FREDERICK BUSE, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page and Merrell, JJ.; Laughlin, J., dissenting.

YETTA COHEN, Appellant, v. KEBA CHODOROV, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Greenbaum, JJ.

In the Matter of JULIUS J. POPPER, an Attorney.— Reference ordered before Hon. John J. Freedman, official referee. Settle order on notice. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.

In the Matter of ADOLPH M. SCHWARZ, an Attorney.— Reference ordered before Hon. John J. Freedman, official referee. Settle order on notice. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.